# First District Court of Appeal
## State of Florida

—————————————————

No. 1D2024-3068

—————————————————

Paul Luxama,

    Appellant,

v.

Centurion of Fla., etc.,

    Appellees.

—————————————————

On appeal from the Circuit Court for Union County.
Robert K. Groeb, Judge.

March 25, 2026

Per Curiam.

    Dismissed.

Lewis, Kelsey, and Treadwell, JJ., concur.

—————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

—————————————————

Paul Luxama, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee; Dan Johnson, General Counsel, Department of Corrections; Marie Attaway Borland, Ethen Rubin Shapiro, and Jacob Zachary Coates of Hill, Ward & Henderson, P.A., Tampa, for Appellees.